UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 5 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rick Allen Hohensee,               )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )        Civil Action No.    09 0424
                                   )
                                   )
George Walker Bush et al.,         )
                                   )
        Defendants.                )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915(e)(2) (requiring dismissal of a complaint upon a

determination that the complaint, among other grounds, fails to state a claim upon which relief

may be granted).

Plaintiff, a resident of the District of Columbia, seeks to bring war crimes against former

President George Walker Bush and Vice President Dick Cheney. The prosecution of war crimes

is the exclusive domain of international tribunals. *See, e.g., Hamdan v. Rumsfeld*, 548 U.S. 557,

610 (2006) (discussing source of law); *cf. Rockefeller v. U.S. Court of Appeals Office, for Tenth

Circuit*, 248 F. Supp. 2d 17, 23 (D.D.C. 2003 ) ("criminal statutes [] do not convey a private right

of action"); 28 U.S.C. § 547(1) (the United States Attorney "shall prosecute for all offenses

against the United States")). Hence, the complaint is dismissed. A separate Order of

accompanies this Memorandum Opinion.

Date: February __11__, 2009          _____
                                     United States District Judge